# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>RIGOBERTO CERVANTES,<br><br>　　　　　　　　Defendant. | 8:17CR103<br><br>ORDER |

This matter is before the court on defendant's Motion to Enlarge Time for Filing Pretrial Motions [50]. The record shows that this deadline expired on May 23, 2017. The court finds that the defendant has not shown good cause for extending the deadline.

**IT IS ORDERED:**

1. The defendant's Motion to Enlarge Time for Filing Pretrial Motions [50] is denied.

2. Pursuant to NECrimR 59.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than 12:00 noon on July 27, 2017.

Dated this 13th day of July, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　United States Magistrate Judge