IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR103 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RIGOBERTO CERVANTES, | |
| Defendant. | |

The Government has moved to continue the trial in the above case (filing no. 126). Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The Government's motion to continue trial in the above case (filing no. 126) is granted.

2) The trial of this case as to defendant Rigoberto Cervantes is set to commence before the Honorable John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom of the United States Courthouse, Omaha, Nebraska, at 9:00 a.m. on February 26, 2018, or as soon thereafter as the case may be called. Jury selection will be held at commencement of trial.

3) Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

January 30, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge